UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KILPATRICK LIFE INSURANCE COMPANY and FIRST LOUISIANA BANK | NO: CV07-1742 |
| VERSUS | JUDGE HICKS |
| CADDO PARISH SHERIFF STEPHEN W. PRATOR, in his capacity as the Ex-Officio Tax Collector of Caddo Parish, Louisiana; DIRECTOR OF FINANCE ELIZABETH WASHINGTON, in her capacity as the Ex-Officio Tax Collector of the City of Shreveport, Louisiana; DERRELL V. BATES; 707 TAX BUYER 04, L.L.C.; DUBACH LAND COMPANY, L.L.C.; BOAZ TAX SALES PROPERTIES; OXBOW INVESTMENTS, L.L.C.; CENTRAL PROPERTIES; HUSKER PARTNERS; PASSLINE INVESTMENTS, L.L.C.; HERICE STEWART; MIDWEST MANAGEMENT; YELLOWBIRD INVESTMENT, L.L.C.; MOORING TAX ASSET GROUP V; MOORING TAX ASSET GROUP VI; RED HILL ASSOCIATES; WILLOW BRANCH CORPORATION; CLAUDE A. DANCE, JR.; and VINCE LANOUE | MAGISTRATE JUDGE HORNSBY |

**ORDER PURSUANT TO 28 U.S.C. § 1655 FOR
OUT-OF-STATE DEFENDANT TO MAKE APPEARANCE**

CONSIDERING the foregoing Motion and Incorporated Memorandum for

Order Pursuant to 28 U.S.C. § 1655 for Out-of-State Defendant to Make

Appearance ("Motion") filed by the Plaintiffs, Kilpatrick Life Insurance Company and First Louisiana Bank, ("Plaintiffs"), and there being good cause therefor,

IT IS HEREBY ORDERED that the Plaintiffs' Motion is granted, and Defendant Boaz Tax Sale Properties is hereby ordered to appear and plead in response to the Complaint within 20 days of service. ~~filed in this action on or before xxxxxxxxxxxxxxxxxx, 2008.~~ Plaintiffs shall serve this Order upon Defendant Boaz Tax Sale Properties by personal service and promptly file proof of service into the record. ~~on or before xxxxxxxxxxxxxxxxxxxxxxxx, 2008.~~

SHREVEPORT, LOUISIANA, this ___17th___ day of March, 2008.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

Order submitted by:

R. Joseph Naus (#17074)
Wiener, Weiss & Madison
A Professional Corporation
333 Texas Street, Suite 2350
P. O. Box 21990
Shreveport, Louisiana 1120-1990
Telephone: (318) 226-9100
Facsimile: (318) 424-5128

Attorneys for Plaintiffs,
Kilpatrick Life Insurance Company
and First Louisiana Bank